IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EZRA JOHN ADAMS,                          )
                                          )
            Plaintiff(s),                 )        No. C 07-2977 CRB (PR)
                                          )
        vs.                               )        ORDER OF DISMISSAL
                                          )
BONNIE M. DUMANIS, San Diego              )        (Doc # 2)
County District Attorney, et al.,         )
                                          )
            Defendant(s).                 )
_____       )

        Plaintiff, a prisoner at Salinas Valley State Prison in Soledad, California,

has filed suit pursuant to the Freedom of Information Act, 5 U.S.C. § 522

("FOIA"), in order to gain access to San Diego County District Attorney's

Office's documents relating to him.  He also sees to proceed in forma pauperis

under 28 U.S.C. § 1915.

        FOIA mandates a policy of broad disclosure of government documents

when production is properly requested of an agency.  See 5 U.S.C. § 552(a).

Unfortunately for plaintiff, FOIA is limited to agencies of the executive branch of

the federal government.  See id. § 552(e).  It does not include state agencies.  See

St. Michaels Convalescent Hosp. v. California, 643 F.2d 1369, 1373 (9th Cir.

1981).  Plaintiff's FOIA action must be DISMISSED.  See id.

        The clerk shall enter judgment in accordance with this order, terminate all

pending motions as moot (see, e.g., doc # 2), and close the file.  No fee is due.

SO ORDERED.

DATED:  June 11, 2007    _____
                                          CHARLES R. BREYER
                                          United States District Judge