UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EZRA JOHN ADAMS,

        Plaintiff,

  v.

BONNIE M. DUMANIS et al,

        Defendant.

Case Number: CV07-02977 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ezra John Adams H27409
Salinas Valley State Prison
Facility B, Bldg. 5-147
P.O. Box 1050
Soledad, CA 93960-1050

Dated: June 11, 2007

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk