IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA JOHN ADAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>BONNIE M. DUMANIS,<br><br>    Defendant.<br>_____/ | No. CV 07-02977 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendants.

Dated: June 11, 2007

Richard W. Wieking, Clerk

By: _____
Deputy Clerk